UNITED STATES *versus* THE SCHOONER HORNET

PAPERS IN FILE: [None]

UNITED STATES *versus* ONE PIECE AND ONE AND
THREE-FOURTHS YARDS OF STROUDS, TWO PAIRS
OF BLANKETS, ETC.

PAPERS IN FILE: [None]

UNITED STATES *versus* ONE BATEAU, TWENTY BARRELS OF
FLOUR AND TWO BARRELS OF WHISKEY

PAPERS IN FILE: [None]